UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID LAFRANCE,<br>    Plaintiff,<br><br>v.<br><br>CITY OF FALL RIVER,<br>JEFFREY CARDOZA, alias,<br>MICHAEL PESSOA, alias,<br>THOMAS ROBERTS, alias,<br>ANDRE DEMELO, alias, SEAN<br>AGUIAR, alias, FALL RIVER<br>POLICE DEPARTMENT,<br>    Defendants. | C.A. No.:  22-CV-10099-DJC |

## STIPULATION OF PARTIAL DISMISSAL (ALL CLAIMS AGAINST JEFFREY CARDOZA)

Pursuant to Fed.R.Civ.P. 41 (a) (1) (ii), the parties who have appeared to date in this action hereby stipulate to the dismissal of all claims against defendant Jeffrey Cardoza. This dismissal is to be without prejudice, without costs, without attorneys' fees being awarded to any party and with all parties waiving all rights of appeal as to the subject matter of this stipulation. This stipulation does not impact any claim against any other defendant.

| | |
|---|---|
| PLAINTIFF DAVID LAFRANCE,<br>By his attorney, | DEFENDANT JEFFREY CARDOZA,<br>By his attorney, |
| /s/ Carl Ricci<br>Carl Ricci, BBO #:  668318<br>The Law Offices of Carl J. Ricci, Inc.<br>24 South Angell Street<br>Providence, RI 02906<br>401.743.5444<br>carl@riccilaw.com | /s/ Andrew J. Gambaccini<br>Andrew J. Gambaccini, BBO #:  654690<br>Reardon, Joyce & Akerson, P.C<br>4 Lancaster Terrace<br>Worcester, MA 01609<br>508.754.7285<br>agambaccini@rja-law.com |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 21, 2022.

                                                /s/ Andrew J. Gambaccini
                                                Andrew J. Gambaccini